IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| MICHELLE RUSHING, *Individually and on Behalf of Others Similarly Situated*, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VERIZON COMMUNICATIONS, INC., )<br>*a New York Company*, )<br>)<br>Defendant. ) | <br><br><br><br><br><br><br><br><br>Civil Action No. 6:22-CV-030-C |

## ORDER

On this day, the Court considered the Parties' Agreed Stipulation of Dismissal Without Prejudice Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, filed November 16, 2022, seeking the dismissal of the above-styled and -numbered civil action.

**IT IS THEREFORE ORDERED** that all claims asserted in the above-styled and -numbered civil action are hereby **DISMISSED WITHOUT PREJUDICE**.

SO ORDERED.

Dated November 28, 2022.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE